```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| JOHN M. SKORVANEK, | ) | CASE NO. 1:07 CV 3467 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAMES M. BURGE, | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 1915 and <u>McGore v. Wrigglesworth</u>, 114 F.3d 601 (6th Cir. 1997), the total filing fee in the amount of $350 is due.  Further, an initial partial fee in the amount of $38.32 is due and should be deducted from plaintiff's prisoner account, when funds are available therein, until the initial partial fee is paid.  Thereafter, the prison cashier's office shall deduct, and forward to the court, 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the full fee has been paid.[1]  The Clerk is directed to issue a copy of this order and the attached instructions, which are hereby incorporated herein, to the

---

[1] **The prison cashier's office shall not send payments aggregating more than the amount of the full fee.**

plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the court's financial office.

       IT IS SO ORDERED.

                                        <u>s/Christopher A. Boyko</u>
                                        CHRISTOPHER A. BOYKO
                                        UNITED STATES DISTRICT JUDGE

January 24, 2008

PL-3(7/96)N.D. OHIO

```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO


JOHN M. SKORVANEK,                )    CASE NO. 1:07 CV 3467
                                  )
          Plaintiff,              )    JUDGE CHRISTOPHER A. BOYKO
                                  )
     v.                           )
                                  )
JAMES M. BURGE,                   )
                                  )
          Defendant.              )
```

_____
STAPLE CHECK HERE




_____